RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
RAQUEL LAZO
Assistant Federal Public Defender
Nevada State Bar No. 8540
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Raquel_Lazo@fd.org

Attorney for Uriel Lira-Cabrera

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>     v.<br><br>URIEL LIRA-CABRERA,<br><br>             Defendant. | Case No. 2:20-cr-00061-APG-VCF<br><br>**STIPULATION TO CONTINUE THE WAIVER OF INDICTMENT, FILING OF AN INFORMATION AND ARRAIGNMENT AND PLEA HEARING**<br>(First Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Nicholas A. Trutanich, United States Attorney, and Jared Grimmer, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Raquel Lazo, Assistant Federal Public Defender, counsel for Uriel Lira-Cabrera, that the waiver of indictment, filing of an information and arraignment and plea hearing currently scheduled on April 22, 2020 at 9:30 am, be vacated and continued to a date and time convenient to the Court, but no sooner than sixty (60) days.

This Stipulation is entered into for the following reasons:

1. On March 19, 2020, the Chief Judge of the U.S. District Court for the District of Nevada issued Temporary General Order 2020-04 which noted that "the COVID-19

pandemic has continued to spread," resulting in the need for "more aggressive social-distancing measures." The Court noted further that, "[o]n March 17, 2020, the Governor of the State of Nevada ordered the closure of many business establishments and strongly encouraged all citizens to stay home." Accordingly, the Court ordered the temporary closure of the Clerk's office, and implemented other changes, including "striving to eliminate in-person court appearances." In the event any hearing must go forward, the Court will conduct the hearing via video or teleconference. The Court will vacate or amend GO 2020-04 no later than April 30, 2020.

2. On March 30, 2020, the Chief Judge of the U.S. District Court for the District of Nevada issued Temporary General Order 2020-05 finding that felony pleas and sentencings "cannot be conducted in person in this district without seriously jeopardizing public health and safety." The Court further found that if a judge finds that a felony sentencing cannot be further delayed without serious harm to the interests of justice, the judge may, with defendant's consent after consultation with counsel, use video conferencing.

3. Mr. Lira-Cabrera is currently incarcerated. Although he consents to proceeding via video conferencing, at this time and given the facts of this case, defense counsel cannot articulate specific reasons why the case cannot be further delayed "without serious harm to the interests of justice."

4. The parties agree to the continuance. Defense counsel has spoken to Mr. Lira-Cabrera, and he agrees to a continuance of 60 days.

5. Additionally, denial of this request for continuance could result in a miscarriage of justice.

This is the first request for continuance filed herein.

DATED this 3rd day of April, 2020.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | NICHOLAS A. TRUTANICH<br>United States Attorney |
| */s Raquel Lazo*<br>By_____<br>RAQUEL LAZO<br>Assistant Federal Public Defender | */s/ Jared Grimmer*<br>By_____<br>JARED GRIMMER<br>Assistant United States Attorney |

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>   v.<br><br>URIEL LIRA-CABRERA,<br><br>      Defendant. | Case No. 2:20-cr-00061-APG-VCF<br><br>**ORDER** |

Based on the Stipulation of counsel and good cause appearing,

IT IS THEREFORE ORDERED that the the waiver of indictment, filing of an information and arraignment and plea hearing currently scheduled on April 22, 2020 at the hour of 9:30 a.m., be vacated and continued to June 23, 2020 at the hour of 10:00 a.m., Courtroom 6C.   DATED this 6th day of April, 2020.

_____
UNITED STATES DISTRICT JUDGE