1

2

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

3

\*\*\*

UNITED STATES OF AMERICA,

4
             Plaintiff,

2:20-cr-0061-APG-VCF

**ORDER**

5

vs.

6

URIEL LIRA-CABRERA,

7
             Defendant.

8      Before the court is the Stipulation To Continue Preliminary Hearing (ECF No. 23).

9      This stipulation should be filed in case number 2:20-mj-00059-VCF.

10     Accordingly,

11     IT IS HEREBY ORDERED that the Stipulation To Continue Preliminary Hearing (ECF No. 23)

12  is STRICKEN.

13

14     DATED this 1st day of May, 2020.

15
                                                 _____

16
                                   CAM FERENBACH
                                   UNITED STATES MAGISTRATE JUDGE

17

18

19

20

21

22

23

24

25