# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>URIEL LIRA-CABRERA,<br>  aka "Hugo Padilla,"<br><br>        Defendant. | Case No. 2:20-cr-00061-APG-VCF<br><br>**Order Unsealing Case**<br><br>(Proposed) |

Upon consideration and review of the Government's motion:

IT IS HEREBY ORDERED that the above-captioned matter, *United States of America v. Uriel Lira-Cabrera,* is unsealed.

Dated: July 6, 2020.

_____
Honorable Andrew P. Gordon
United States District Judge